PROB 12C
(7/93)

Report Date: July 9, 2007

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Johnny Lee Martinez             Case Number: CR-07-2082-FVS ~~6:04CR60097-001~~

Address of Offender:                    Yakima, WA 98902

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 2/22/2006

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | 3/1/2007 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | 2/28/2010 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   **Supporting Evidence**: The offender had failed to submit monthly report forms for the months of March, April, May, and June 2007. The offender has submitted no report forms since his release from custody on March 1, 2007. The offender was instructed to submit monthly report forms in person and in writing by the probation officer on March 6, 2007.

2    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: The offender was directed by the probation officer on March 14, 2007, to report to his Idaho State probation officer and follow any instructions he was given. The offender initially reported to his Idaho State probation officer in March 2007, but failed to keep subsequent appointments resulting in an Idaho state violation warrant, being issued on June 12, 2007.

3    **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
Re: Martinez, Johnny Lee
July 9, 2007
Page 2

**Supporting Evidence**: The offender failed to report a change of address after he left his grandmother's residence in Nampa, Idaho, sometime in April 2007. On May 8, 2007, the offender reported to the probation officer that he was residing with his girlfriend at her address in Nampa, Idaho. The offender's Idaho State probation officer could not locate the offender at his last reported address. The probation officer has had no contact with the offender since May 8, 2007. The offender's current address and whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Respectfully submitted,

by  _____
Kevin Crawford
U.S. Probation Officer

Sworn to before me, and subscribed at Yakima, Washington

_____  Date 7-11-07
U. S. Magistrate Judge ~~Michael W. Leavitt~~ C. ~~Imbroscino~~

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7-11-07
Date