ROB 12C
(7/93)

Report Date: December 10, 2008

# United States District Court

for the

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON**

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnny Lee Martinez | Case Number: 2:07CR02082-001 |
| Address of Offender: | Yakima, WA 98902 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 2/22/2006

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922 (g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To be assigned | Date Supervision Commenced: | 3/1/2007 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | 2/28/2010 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/9/2007.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that on November 6, 2008, in Yakima, Washington, the offender committed the offense of attempting to elude a police officer. |
| | The offense is pending in Yakima County Superior Court docket number 08-1-02187-0. |
| | According to the Yakima Police Department report number 08-19144, on November 6, 2008, officers observed an individual, later identified as the offender, driving a vehicle dressed in a red hooded sweatshirt with red gloves. Due to the high amount of recent gang activity, the license number of the vehicle was run and came back to a registered owner with a suspended license. Officers initiated a traffic stop of the vehicle, as the driver of the vehicle matched the general description of the vehicle's registered owner. When officers attempted to contact the driver of the vehicle after it was stopped, the vehicle sped off at a high rate of speed, and a police pursuit began. During the pursuit, the offender drove in a reckless manner, through several stop signs, at a high rate of speed in the City of Yakima. The offender eventually |

abandoned the vehicle and fled on foot. The offender was quickly apprehended, but resisted arrest requiring the use of a Taser and significant physical force by the arresting officers. At the time of his arrest, the offender had 2.2 grams of marijuana on his person.

**Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

5

**Supporting Evidence**: It is alleged that on November 6, 2008, in Yakima, Washington, the offender committed the offense of possession of marijuana.

This offense is pending in Yakima County District docket number G00064558.

According to the Yakima Police Department report number 08-19144, on November 6, 2008, officers observed an individual, later identified as the offender, driving a vehicle dressed in a red hooded sweatshirt with red gloves. Due to the high amount of recent gang activity, the license number of the vehicle was run and came back to a registered owner with a suspended license. Officers initiated a traffic stop of the vehicle. After a vehicle and foot pursuit, the offender was taken into custody. A search of the offender incident to his arrest revealed he had 2.2 grams of marijuana on his person.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12-10-08

Kevin Crawford
U.S. Probation Officer

# THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

January 22, 2009
Date